The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH WILSON,<br>Defendant. | NO. CR18-132RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

THIS MATTER comes before the Court on Defendant Wilson's Motion to Seal Motion Pleading (Dkt. #454). Having considered the motion, having reviewed the pleading at issue, and finding good cause,

IT IS HEREBY ORDERED Defendant Wilson's Motion to Seal (Dkt. #454) is GRANTED. The motion filed at Dkt. #455 shall remain under seal.

DATED this 15th day of April, 2019.

The Honorable Richard A. Jones
United States District Judge