U.S. District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-131RAJ |
| --- | --- |
| Plaintiff, | CR18-132RAJ |
| v. | |
| CHARLES ROLAND CHEATHAM and JOSEPH LEE WILSON, | ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |
| Defendants. | |

The Court, having reviewed the United States' Motion for Leave to File Overlength Brief, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the Motion (CR18-131RAJ, Dkt. #702 and CR18-132RAJ, Dkt. #459) is GRANTED. The Court grants the Government permission to file its Response to Defendant Charles Roland Cheatham's "Motion to Compel Discovery Regarding Confidential Sources" (CR18-131RAJ, Dkt. #682) and Defendant Joseph Lee Wilson's "Motion to Compel Production of Informant Information" (CR18-132RAJ, Dkts. #455 and 457) in excess of 12 pages, but no more than 20 pages.

DATED this 29th day of April, 2019.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970