Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-132 RAJ |
|---|---|
| Plaintiff | ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |
| v. | |
| JOSEPH WILSON, | |
| Defendant | |

THIS MATTER comes before the Court upon Defendant Joseph Wilson's Motion for Leave to File Overlength Brief (Dkt. #520). The Court, having considered the motion, and finding good cause, hereby GRANTS the motion.

DATED this 12th day of June, 2019.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING LEAVE
TO FILE OVERLENGTH BRIEFING - 1