Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-132 RAJ |
|---|---|
| Plaintiff | ORDER GRANTING MOTION TO SEAL |
| v. | |
| JOSEPH WILSON, | |
| Defendant | |

THIS MATTER comes before the Court upon Defendant Joseph Wilson's Motion to Seal Exhibit to Motion to Suppress (Dkt. #522). The Court, having considered the motion, and finding good cause, hereby GRANTS the motion.

DATED this 13th day of June, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING
MOTION TO SEAL - 1