HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>JOSEPH LEE WILSON,<br><br>    Defendant. | Cause No. CR18-132RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

    Having considered the Government's Motion to Seal, and because of the Protected Material contained in Exhibit A to the Government's Sentencing Memorandum,

    IT IS HEREBY ORDERED that the Government's Motion to Seal (Dkt. #647) is GRANTED. Exhibit A to the United States' Sentencing Memorandum shall remain sealed.

    DATED this 25th day of October, 2019.

_____
The Honorable Richard A. Jones
United States District Judge