HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> JOSEPH LEE WILSON, <br><br> Defendant. | Cause No. CR18-132RAJ <br><br> ORDER GRANTING MOTION TO SEAL |

The Court, having considered Defendant Joseph Lee Wilson's motion to seal an attachment to his sentencing memorandum, and good cause having been shown,

IT IS ORDERED Defendant's motion to seal (Dkt. #661) is GRANTED. The document filed under Dkt. #662 shall remain under seal.

DATED this 25th day of October, 2019.

*(signature)*

The Honorable Richard A. Jones
United States District Judge