THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-00132-RAJ |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBIT |
| v. | |
| JOSEPH LEE WILSON, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of defendant, Joseph Lee Wilson, to file Exhibit 6 to the Motion for Compassionate Release under seal. The Court finds there are compelling reasons to permit the filing of the exhibit under seal.

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #820) is GRANTED and he shall be permitted to file Exhibit 6 under seal.

DATED this 21st day of July, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge