The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOSEPH LEE WILSON,<br><br>Defendant. | NO. CR18-132 RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, and finding good cause hereby states:

IT IS HEREBY ORDERED that the Motion (Dkt. #824) is GRANTED. The United States may file its Response to Defendant Joseph Lee Wilson's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) that does not exceed seventeen pages in length.

DATED this 28th day of July, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES / *United States v. Wilson* - CR18-132 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970